UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

===========================================

CRUZ PILZ and RONALD PILZ,

                     Plaintiffs,

-against-

PELTON & CRANE,

                     Defendant.

===========================================

**NOTICE OF DISMISSAL**

Civil Action No.: 1:09-cv- 1407
(FJS/DRH)

(ECF CASE)

    PLEASE TAKE NOTICE, that the plaintiffs, Cruz Pilz and Ronald Pilz, hereby dismiss the above entitled action *without prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, permitting the dismissal by the plaintiffs, without a Court Order, by the filing of a Notice of Dismissal at any time before service by an adverse party of an Answer or a Motion for Summary Judgment.

Dated: February 3, 2010

SO ORDERED

*[signature]*

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

2/4/10

**SCARZAFAVA & BASDEKIS, LLP**

   /s/ **John Scarzafava, Esq.**
Bar Roll Number: 102532
Attorneys for Plaintiffs
Office & P.O. Address
48 Dietz Street, Suite C
Oneonta, New York 13820
Tel No: (607) 432-9341
Email: scarzafavalaw@yahoo.com